UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JELLYROLLS LIMITED,**

        Plaintiff,

-vs-                                    Case No. 6:05-cv-546-Orl-31DAB

**JELLYROLL'S COFFEE SHOP & GIFT BOUTIQUE, INC.,**

        Defendant.

## ORDER

This case is before the Court on Defendant Jellyroll's Coffee Shop & Gift Boutique, Inc.'s Motion to Dismiss for Improper Venue (Doc. 9). Plaintiff filed a response (Doc. 17). There is no disagreement between the parties that the Defendant corporation is located in the Southern District of Florida. Addressing venue for a corporate defendant, 28 U.S.C. § 1391(c) provides that, "In a State which has more than one judicial district and in which a defendant that is a corporation is subject to personal jurisdiction at the time an action is commenced, such corporation shall be deemed to reside in any district in that State within which its contacts would be sufficient to subject it to personal jurisdiction if that district were a separate State, and, if there is no such district, the corporation shall be deemed to reside in the district within which it has the most significant contacts."

When venue is improper, a district could may dismiss a case, or, "if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Accordingly, Defendant Jellyroll's Coffee Shop & Gift

Boutique, Inc.'s Motion to Dismiss for Improper Venue is **DENIED**. Instead, the Court hereby **TRANSFERS** this case to the United States District Court, Southern District of Florida, for all further proceedings.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _20_ day of June, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party

-2-